SANDS, Appellant, v. ÆTNA INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Joseph Sands against the Ætna Insurance Company. No opinion. Judgment affirmed, with costs.

SAYER, Respondent, v. BEIRNE, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by James E. Sayer against Edward C. Beirne. No opinion. Motion denied.

SCANLON, Respondent, v. VILLAGE OF WEEDSPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by John Scanlon against the village of Weedsport. No opinion. Judgment and order affirmed, with costs.

SCHAEFER et al., Appellants, v. RAAB, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by Henry Schaefer and another against Cornelia Raab. No opinion. Judgment affirmed, with costs.

SCHMIDT, Appellant, v. BRENNAN, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Adelgunda Schmidt, as administratrix, against Patrick F. Brennan. J. A. Dunn, for appellant. J. Kearney, for respondent. No opinion. Judgment and order affirmed, with costs.

In re SCOTT. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) In the matter of the probate of the last will and testament and codicil thereto of Constantia A. P. Scott, deceased. No opinion. Motion for resettlement granted, and order signed.

In re SEAMAN. (Supreme Court, Appellate Division, Second Department. April 2, 1903.) In the matter of the application of James M. Seaman for an order compelling the town clerk of the town of Hempstead to perform certain duties. No opinion. Order affirmed without costs.

In re SHAFFER. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) In the matter of proceedings for the disbarment of A. W. Shaffer, an attorney and counselor. No opinion. Order entered referring the matter presented to D. P. Morehouse, Esq., an attorney and counselor, as referee, to hear and report the evidence, together with his opinion thereon, to this court at the opening of the term convening May 5th next.

SHAFFER, Respondent, v. ALEXANDER et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Amos D. Shaffer against Mary A. Alexander and others. No opinion. Judgment affirmed, with costs.

SHANLEY, Respondent, v. TROY CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Owen Shanley against the Troy City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

SHELIBOV, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Fanny Shelibov, an infant, by Meyer Shelibov, her guardian ad litem, against the Coney Island & Brooklyn Railroad Company. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

SHEPARD v. BLACK et al. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Action by Harry S. Shepard against Josephine H. Black and others. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

SIMAR v. SHEA. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Albert Simar against John L. Shea. No opinion. Motion dismissed.

SIMONETTI, Respondent, v. RINI, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Aniello Simonetti against Michael Rini. No opinion. Judgment of the Municipal Court affirmed, with costs.

SIMONS, Appellant, v. ZOBEL et al., Respondents. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Edward Simons against Frederick C. Zobel and others. J. Ewen, for appellant. J. J. Vause, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re SIMONSON. (Supreme Court, Appellate Division, Second Department. April 2, 1903.) In the matter of the application of William M. Simonson for an order compelling the town clerk of the town of Oyster Bay to perform certain duties. No opinion. Order affirmed, without costs.

SIMPSON v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Frederick P. Simpson against the city of New York. No opinion. Motion granted, with $10 costs.